UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON, | No.  2:26-cv-1362 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not, however, filed a complete and signed in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The application that was submitted, ECF No. 2, is incomplete and unsigned.  Plaintiff will be provided the opportunity either to submit a complete and signed affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00.  Plaintiff should re-attach the certified copy of his prison trust account statement for the six-month period immediately preceding the filing of this action.

---

[1]  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.   Plaintiff shall submit, within thirty days from the date of this order, a **complete and signed** affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00.  The affidavit should be accompanied by a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of this action.

2.   Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

3.   The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: April 21, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2