UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON,<br>Plaintiff,<br>v.<br>SACRAMENTO POLICE DEPARTMENT, et al.,<br>Defendants. | No. 2:26-cv-1362 TLN AC P<br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a signed in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff was previously provided with the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $405.00. ECF No. 6. Plaintiff subsequently filed two additional incomplete IFP applications: ECF No. 8, which is signed but contains only the signature page and is missing the front page of the application; and ECF No. 9, which contains a complete application but is unsigned.

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $55.00 administrative fee.

Plaintiff will be afforded one final opportunity to submit an IFP application that is both *complete* and *signed*. Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

Additionally, plaintiff filed a motion to commence proceedings. ECF No. 14. This motion will be denied because plaintiff has not filed a proper IFP application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The motions to proceed in forma pauperis (ECF Nos. 2, 8, 9) are DENIED without prejudice as incomplete;
2. The motion to commence proceedings (ECF No. 14) is DENIED;

3. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

4. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 11, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE