UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeANDRE ROBINSON,

Plaintiff,

v.

SACRAMENTO POLICE DEPARTMENT and NOAH WILLSMORE,

Defendants.

No. 2:26-cv-1362 TLN AC (PC)

ORDER

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a signed in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $55.00 administrative fee. See 28 U.S.C. §§ 1914(a), 1915(a). After multiple attempts, plaintiff was given "one final opportunity to submit an IFP application that is both *complete* and *signed*." ECF No. 15 at 2. This order was issued on September 14, 2026. ECF No. 15.

On October 16, 2026, plaintiff requested a 60-day extension of time to file this IFP application. Plaintiff asserts that he has twice submitted his paperwork to the Trust Account Office and has not received a response. ECF No. 16 at 1.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a complete, signed IFP application within 60 days of the date of this

order. No further extensions of time will be granted, absent a showing of good cause.

2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: October 23, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE